JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNAIL VILLEGAS,<br><br>    Plaintiff,<br><br>vs.<br><br>ONEMAIN FINANCIAL GROUP, LLC<br><br>    Defendant. | Case No.: 2:16-cv-04189-MWF-JEM<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION**<br><br>Honorable Michael W. Fitzgerald |

## ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that the Action shall be submitted to binding arbitration before the American Arbitration Association. The Court further orders that the Action is stayed pending completion of the arbitration. The parties shall file a joint status report within ten (10) days of completion of arbitration.

IT IS SO ORDERED.

DATED: August 18, 2016

_____
Honorable Michael W. Fitzgerald
United States District Judge

– 1 –
ORDER