Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA  91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
ARNAIL VILLEGAS

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ARNAIL VILLEGAS,<br><br>            Plaintiff;<br><br>      v.<br><br>ONEMAIN FINANCIAL GROUP, LLC;<br><br>            Defendant. | Case No.: 2:16-cv-4189<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that a settlement among the parties has been finalized in the present matter.  Accordingly, the parties hereby stipulate, and jointly request, that the present proceeding be dismissed *with prejudice*.  Each party is to bear its own attorneys' fees and costs.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter may be dismissed with prejudice without an Order of the Court.

///

Date: July 18, 2017

RESPECTFULLY SUBMITTED,

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Westgate Law
15760 Ventura Blvd
Suite 880
Los Angeles, CA 91436
Attorneys for Plaintiff,
ARNAIL VILLEGAS

By: /s/ Brett B. Goodman
Brett B. Goodman
Yu Mohendesi LLP
633 W Fifth St, Suite 2800
Los Angeles, CA 90071
Attorneys for Defendant,
ONEMAIN FINANCIAL
GROUP, LLC